UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTHFUND ET AL.,

        Plaintiffs,

- against -

P.E.A.C.E. PLUS MAINTENANCE CORP.,

        Defendant.

21-cv-4302 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs should file an Order to Show Cause for a default judgment, together with a default judgment, by August 13, 2021.

SO ORDERED.

Dated:   New York, New York
       July 13, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021